Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Thomas S Hurlbut | ) Chapter 13 |
| | ) |
| | ) Case No.: 6:12-bk-12586-MH |
| Christina A Hurlbut | ) |
| | ) **2nd AMENDED NOTICE OF UNCLAIMED** |
| | ) **DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **500455** in the sum of **$4,297.10** replaces Check no. **500445** representing an unclaimed dividend in the above-entitled Debtor's estate.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Thomas S Hurlbut
    Christina A Hurlbut
    32601 Marietta Court
    Winchester, CA 92596

Date: February 6, 2017         __/S/_____
                               Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1212586 | Thomas S & Christina A Hurlbut ACCT: | Claim: 00000 | XXX-XX-1497 XXX-XX-4956 | 4,297.10 | 0.00 | 4,297.10 |
| | | TOTALS | | 4,297.10 | 0.00 | 4,297.10 |

Thomas S Hurlbut
Christina A Hurlbut
BALANCE:            [0.00  0/00000]
SSN: XXX-XX-1497    SSN: XXX-XX-4956
ACCT:               CASE: 1212586
PRINCIPAL:    4,297.10    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
ORANGE CITY SQUARE
770 THE CITY DRIVE SOUTH, STE. 8500
ORANGE, CA  92868

SUNTRUST
800-786-8787

64-79
611

**0500455**

Feb 03, 2017

VOID 90 DAYS FROM DATE

*****$4,297.10

PAY    Four Thousand Two Hundred Ninety Seven And 10 / 100 Dollars

TO THE ORDER OF    *US BANKRUPTCY COURT*
*FISCAL DEPTARTMENT*
*255 E. TEMPLE STREET*
*LOS ANGELES, CA  90012*

⑈0500455⑈ ⑆061100790⑆ 880051844⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.